UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUN LIFE ASSURANCE COMPANY OF CANADA,

    Plaintiff(s),

v.

LIONEL C. STEVENS, et al.,

    Defendant(s).

No. C05-3034 BZ

**ORDER**

Plaintiff is **HEREBY ORDERED** to refile its complaint and comply with Civil Local Rule 3-17(a)(2). In the interim, the complaint and all other documents mentioning the minor defendants by name are sealed.

Dated: August 10, 2005

*/s/ Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\SUN LIFE ASSURANCE\ORDER.wpd

1