UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
SUN LIFE ASSURANCE COMPANY  )
OF CANADA,                  )
                            )        No. C05-3034 BZ
        Plaintiff(s),       )
                            )        ORDER
    v.                      )
                            )
LIONEL C. STEVENS, et al.,  )
                            )
        Defendant(s).       )
_____)
```

Plaintiff is **HEREBY ORDERED** to refile its complaint and comply with Civil Local Rule 3-17(a)(2).  In the interim, the complaint and all other documents mentioning the minor defendants by name are sealed.

Dated:  August 10, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\SUN LIFE ASSURANCE\ORDER.wpd

1