J. Russell Stedman (117130)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Jamie Ostroff (228095)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Plaintiff-in-Interpleader
Sun Life Assurance Company of Canada (U.S.)

**FILED**

DEC 0 2 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.), <br><br> Plaintiff-in-Interpleader, <br><br> vs. <br><br> LIONEL C. STEVENS, as Administrator of the Estate of Anthony Walker; JASON MICHAEL F., a minor, by Heather Lenore Dunn, his Guardian ad Litem; HEATHER LENORE DUNN, an individual; CALIFORNIA DEPARTMENT OF CHILD SUPPORT SERVICES, <br><br> Defendants-in-Interpleader. | CASE NO.: C05-3034 <br><br> [PROPOSED] ORDER: <br><br> 1. APPOINTING GUARDIAN AD LITEM FOR MINOR DEFENDANT; <br> 2. APPROVING DISCLAIMER IN INTEREST IN INTERPLED FUNDS; <br> 3. DISCHARGING PLAINTIFF-IN-INTERPLEADER SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.) AND AWARDING ATTORNEYS FEES AND COSTS; <br> 4. DISBURSING REMAINING INTERPLED FUNDS TO ESTATE OF ANTHONY WALKER; AND <br> 5. DISMISSING ACTION WITH PREJUDICE |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

\\bwladata\lao\office\10260\036\05pleadings\stip re discharge_prop order_full.doc

[PROPOSED] ORDER

# [PROPOSED] ORDER

Having considered the stipulation of the parties and all documents submitted therewith, and good cause appearing, the Court ORDERS as follows:

1. Heather Lenore Dunn is hereby appointed guardian ad litem of Defendant-in-Interpleader Jason Michael F. ("JASON MICHAEL F.") for purposes of this interpleader action;

2. JASON MICHAEL F., through his Guardian ad Litem Heather Lenore Dunn, forever disclaims all rights, interest or claims he has or in the future may have in the benefits due pursuant Anthony Walker's coverage under group term insurance policy number 99980 (the "Policy") issued by Plaintiff-in-Interpleader Sun Life Assurance Company of Canada (U.S.) ("SUN LIFE");

3. The California Department of Child Support Services forever disclaims all rights, interest or claims he has or in the future may have in the benefits due under the Policy;

4. SUN LIFE shall be paid its reasonable costs and attorneys' fees in the amount of $4,106.00 from the interpled funds presently on deposit with this Court;

5. The clerk of this Court shall release the remaining interpled funds to Defendant-in-Interpleader Lionel Stevens, as Administrator of the Estate of Anthony Walker;

6. This action is dismissed with prejudice with respect to all parties, each party to bear its own costs;

7. That SUN LIFE be discharged with prejudice from all liability whatsoever to Defendants-in-Interpleader under the Policy arising from the death of Anthony Walker; and

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

\\bwladata\lao\office\10260\036\05pleadings\stip re discharge_prop order_full.doc
[PROPOSED] ORDER

Case 3:05-cv-03034-MJJ   Document 24   Filed 12/02/05   Page 3 of 3
Case 3:05-cv-03034-MJJ   Document 23   Filed 11/16/2005   Page 3 of 11

8. The Defendants-in-Interpleader are enjoined and restrained from asserting any future claims against SUN LIFE in any way related to Anthony Walker's coverage under the Policy and any benefits due thereunder.

**IT IS SO ORDERED.**

Dated: 11/29/2005

By: _____
JUDGE, UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
[PROPOSED] ORDER